Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000185
30-APR-2014
08:14 AM

NO. CAAP-14-0000185

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

LUDY CASIL, Plaintiff-Appellee, v.
YVIENNE MAE PETERSON, Defendant-Appellant

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(DC-CIVIL NO. 13-1-0960)

ORDER OF DISMISSAL
(By: Nakamura, C.J., Fujise and Leonard, JJ.)

Upon review of the record, it appears that:

(1) On January 6, 2014, Defendant-Appellant Yvienne Mae Peterson (Appellant), pro se, filed a notice of appeal;

(2) On January 7, 2014, the Clerk of the District Court of the Second Circuit Court notified Appellant that the filing fees had not been paid and full payment or a request for a fee waiver were due by January 16, 2014;

(3) On March 11, 2014, the appellate clerk notified Appellant that the filing and docketing fees had not been paid, the record on appeal cannot be prepared unless the fees are paid or the court enters an order allowing Appellant to proceed on appeal in forma pauperis, see Hawai'i Rules of Appellate Procedure Rule 11(b)(2) and (c)(2), and the matter would be

referred to the court on March 21, 2014, for appropriate action, which may include dismissal; and

(4) Thereafter, Appellant took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, April 30, 2014.

Chief Judge

Associate Judge

Associate Judge